UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY VIGIL, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CAUSE NO. 1:08-cv-829-WTL-TAB ) |
| WELLPOINT, INC., et al., | ) ) |
| Defendants. | ) |

## ENTRY ADMINISTRATIVELY CLOSING CASE

In light of the fact that this cause has been stayed in light of its consolidation with *Paul West et al., v. WellPoint, Inc., et al.*, Cause No. 08-cv-0486-SEB-TAB, this cause is hereby **ADMINISTRATIVELY CLOSED**.

SO ORDERED: 09/12/2011

*William T Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification